UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
Plaintiff

v.

Mark Todd Olson
Defendant

Case Number 01-272 JRT

USM Number 07560-059

Gary Bryant-Wolf

Defendant's Attorney

2004 OCT 18 P 3:22
RECEIVED
U.S. MARSHAL
ST. PAUL MINN

RECEIVED
04 NOV -5 PM 12:32

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to violation of Special condition of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Special Condition b | The defendant shall be committed to a chemical dependancy/recovery center with follow-up aftercare at an appropriate halfway house and sober house as directed by the probation officer | July 13, 2004 |

OCT 19 9 26 AM '04

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

October 4, 2004

s/ John R. Tunheim
United States Magistrate Judge

October 15, 2004

A true printed copy in 2 sheet(s) of the electronic record filed on 10/15/04 in the United States District Court for the District of Minnesota.
CERTIFIED, 10/18, 2004
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
NOV 5 2004

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **7months with no supervision to follow**.

The Court makes the following recommendations to the Bureau of Prisons:
None

The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____ day of ____________, ______

______________________
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the 2nd day of NOV, 2004 to Federal Prison Camp Duluth, MN, with a certified copy of this judgment.

David J. Ebbert, Acting Warden
~~UNITED STATES WARDEN~~

By: [signature] ISO

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt , above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this ____ day of ______________, ______

______________________
UNITED STATES WARDEN

By: ______________________